**Order entered September 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00606-CR

**FRANK DEONE MORAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-63812-U**

## ORDER

The Court **DENIES** as moot court reporter Cheryl Dixon's August 31, 2015 request for an extension of time to file the reporter's record. Ms. Dixon did not tender the reporter's record by September 1, 2015 as she indicated she would in the extension request.

We **ORDER** Ms. Dixon to file the complete reporter's record by **WEDNESDAY, SEPTEMBER 9, 2015**. If the record is not filed by that date, the Court may order that Ms. Dixon surrender her notes to the presiding judge of the 291st Judicial District Court for preparation of the record by another court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Cheryl Dixon, court reporter; and to counsel for all parties.

/s/  CAROLYN WRIGHT
CHIEF JUSTICE